IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

```
DEBRA RENEE WENNDT BALDWIN,      *
Legal Guardian and Conservator   *
of Nicholas Carl Baldwin,        *
                                 *
        Plaintiff,               *
                                 *   CV 617-048
    v.                           *
                                 *
BRANDON DANIEL, et al.,          *
                                 *
        Defendants.              *
```

___

ORDER
___

Presently before the Court is a "Motion to Substitute Party" filed by Plaintiff herein, who has been appointed the Administratrix of the Estate of Nicholas Carl Baldwin, who passed away in November 2017. Upon due consideration, **IT IS HEREBY ORDERED** that the motion (doc. 51) is **GRANTED**. See Fed. R. of Civ. P. 25(a). The Clerk is directed to reflect in the docket the substitution of "Debra Renee Wenndt Baldwin, Administratrix of the Estate of Nicholas Carl Baldwin," as party plaintiff for Debra Renee Wenndt Baldwin, Legal Guardian

and Conservator of Nicholas Carl Baldwin.[1]

**ORDER ENTERED** at Augusta, Georgia, this 22nd day of August, 2018.

*[signature]*
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Because defense counsel does not object to this substitution, a hearing in the matter is unnecessary.