IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

```
DEBRA RENEE WENNDT BALDWIN,    *
Administratrix of the Estate   *
of Nicholas Carl Baldwin,      *
                               *
     Plaintiff,                *
                               *
     v.                        *       CV 617-048
                               *
BRANDON DANIEL, et al., in     *
their individual capacities,   *
                               *
     Defendants.               *
```

## O R D E R

Presently before the Court is the Parties' Stipulation of Dismissal with Prejudice. (Doc. 85.) Plaintiff and all appearing defendants consent to the stipulation of dismissal with prejudice; thus, the Court finds dismissal appropriate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). **IT IS THEREFORE ORDERED** that Plaintiff's claims against Defendants are **DISMISSED WITH PREJUDICE**. Each party is to bear their own costs. The Clerk is directed to close this case.

**ORDER ENTERED** at Augusta, Georgia this 28th day of October, 2019.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA